**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 16 2019

MITCHELL R. ELFERS
CLERK

Name: Juan I. Hidalgo
Address: 4105 Logan Rd. NW
87114

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Juan I. Hidalgo (Full Name), Plaintiff

v.

Joe Hidalgo, Defendant(s)

CASE NO. 19cv854-KK
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Juan I. Hidalgo (Plaintiff), is a citizen of New Mexico (State) who presently resides at 4105 Logan Rd. NW (Mailing address or place of confinement) Albuquerque, New Mexico 87114.

2) Defendant Joe Hidalgo (Name of first defendant) is a citizen of Albuquerque, New Mexico (City, State), and is employed as none (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☒  No ☐   If your answer is "Yes", briefly explain:

3) Defendant _____na_____ is a citizen of
(Name of second defendant)

_____na_____ , and is employed as
(City, State)

_____na_____ . At the time the claim(s)
( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐   No ☒   If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

none.

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

I believe my rights were violated, by my brother Joesaph Hidalgo. Agreeing to buy the homes located at 1509 2nd St. SW. 87102. From Juan, Marylou, Angle, and Arlene Hidalgo. However we all sighned over our rights, to Joesaph Hidalgo. But since that agrement not One single payment was paid. To Any of the brother or sisters. So I believe Joesaph Hidalgo lied an manipulated all of us.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

   A)(1)  Count I:

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

   B)(1)  Count II:

   (2) Supporting Facts:

XE-2 2/78                                    -3-

C)(1) Count III:

(2) Supporting Facts:

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.
        Plaintiffs: none
        Defendants: none

    b) Name of court and docket number:
        na

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
        na

    d) Issues raised: na

e) Approximate date of filing lawsuit: __na__

f) Approximate date of disposition: __na__

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C.   Yes ☐   No ☒   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

na

E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

To the home being Sold, And a fair amount of money given to myself, an to each of my sisters.

_____    _Juan Hidalgo_____
Signature of Attorney (if any)                    Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                    - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.

Executed at  4105 Logan Rd. NW      on  9-16    20 19
                  (Location)                        (Date)

_____/s/ Juan Nicholas_____
(Signature)

To whom it may concern, Joesaph Hidalgo has been living at 1509 2nd st. SW. For the past 18 years. Since 2001 to this present day. In August, 2015; Joesaph Hidalgo maid an agreement in wrighting with Juan, Arlene, Marylou, and Angle Hidalgo. To buy the home from each of them. Therfore Each brother an sister sighned over there rights of owning the home to Joesaph Hidalgo. However it is now November 2019, and still there has not been a single payment from Joesaph Hidalgo. To any of the fallowing brother, and sisters.

    Thank you,

        respectfully

        Juan Hidalgo.   9-16-19